**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EDMEE CALVO RODRIGUEZ,

        Plaintiff,

v.                                            Case No:   6:24-cv-230-GAP-RMN

FLORIDA ARTHRITIS CENTER, P.L.,

        Defendant

## ORDER

This cause comes before the Court on Plaintiff's Renewed Motion for Default Judgment (Doc. No. 26) filed December 5, 2024.

On May 15, 2025, the United States Magistrate Judge issued a report (Doc. No. 35) recommending that the motion be granted. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Renewed Motion for Default Judgment is **GRANTED**.

3. Plaintiff is awarded $214,687.50 in damages, which consists of $14,687.50 in economic compensatory damages, $100,000.00 in non-

economic compensatory damages, and $100,000.00 in punitive damages.

4. Within 45 days from the date of this order, Plaintiff shall file a supplemental motion for the amount of attorney's fees and related non-taxable costs. Failure to file the motion within the time allotted will result in the court entering judgment in the amount stated above and closing the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 30, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party