UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDMEE CALVO RODRIGUEZ,

    Plaintiff,

v.      Case No:   6:24-cv-230-GAP-RMN

FLORIDA ARTHRITIS CENTER, P.L.,

    Defendant

## ORDER

This cause comes before the Court on Plaintiff's Motion for Award of Attorney's Fees (Doc. No. 39) filed July 1, 2025.

On September 19, 2025, the United States Magistrate Judge issued a report (Doc. No. 40) recommending that the motion be granted. Plaintiff filed a Notice of Non-Objection to Magistrate's Report and Recommendation (Doc. 41). Defendant has not appeared in the case. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Plaintiff's Motion for Award of Attorney's Fees is **GRANTED**. Plaintiff is awarded attorney's fees in the amount of $14,300.00.

3. Based on the prior Order Adopting Report and Recommendation (Doc. 37) Plaintiff was awarded $214,687.50 in damages which consisted of $14,687.50 in economic compensatory damages, $100,000.00 in non-economic compensatory damages and $100,000.00 in punitive damages.

4. The Clerk is directed to enter Judgment for the Plaintiff Edmee Calvo Rodriguez against the Defendant Florida Arthritis Center in the amount of $228,987.50, tax costs in the amount of $599.00 (Doc. 38), and thereafter close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 23, 2025.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party